# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# EASTERN DIVISION

P&G CONSTRUCTION CONSULTANTS
LLC, as assignee,

    Plaintiff,

v.                                                                     Case No. 1:22-cv-1218-STA-jay

PENNSYLVANIA NATIONAL MUTUAL
CASUALTY INSURANCE COMPANY,

    Defendant.

## ORDER OF REFERENCE

Before the Court is Defendant's Motion for Sanctions (ECF No. 26) filed on April 7, 2023. This matter is hereby referred to the United States Magistrate Judge for a report and recommendation. Any objections to the Magistrate Judge's order shall be made within fourteen (14) days after service of the order, setting forth particularly those portions of the order objected to and the reasons for the objections. Failure to timely assign as error a defect in the Magistrate Judge's order will constitute a waiver of that objection. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(a).

**IT IS SO ORDERED.**

                                                           s /**S. Thomas Anderson**
                                                           S. THOMAS ANDERSON
                                                           UNITED STATES DISTRICT JUDGE

                                                            Date: April 11, 2023